# United States Court of Appeals
### For the Eighth Circuit

_____

No. 14-3241

_____

Terry N. Johnson

*Plaintiff - Appellant*

v.

Mr. Vince Edwards, Branch Contract Manager; Mr. Phillip O'Donnell, Operations Contract Manager; Mr. Josh Goosen, Contract Manager; Miss Denise Rollerson, Dispatcher; Miss McGee, Principal and employee of O.P.S.; Mr. Raymond Burt, Lead Dispatcher; First Student

*Defendants - Appellees*

Mrs. Kristyn J. Huening; Mr. Willie; two ladies; Mr. Mike Murray; Mr. Daniel W. Avelyn; Mrs. Nancy D. Powers; Mr. Shawn; Mr. Travis Sallis; Doctor Bartee; Mrs. Patty Rast; Mrs. Shirley Carlson; Mrs. Stacia Cofey; Mrs. Linda; Miss Shelley Foss; Miss Michelle; Mr. Joseph Wilson; Mr. Larry Marsh; Miss Kris Rose; Mr. Bryan; Miss Kristal

*Defendants*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: April 13, 2015
Filed: April 20, 2015
[Unpublished]

_____

Before BYE, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Terry Johnson appeals the district court's[1] adverse grant of summary judgment in his Title VII action. Upon careful de novo review, we find no basis for reversal. See Gibson v. Am. Greetings Corp., 670 F.3d 844, 852-55 (8th Cir. 2012) (affirming grant of summary judgment in favor of defendant on plaintiffs' Title VII claims of race discrimination where evidence was insufficient to create genuine issue for trial); Torgerson v. City of Rochester, 643 F.3d 1031, 1042 (8th Cir. 2011) (en banc) (standard of review).

Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Johnson's pending motion.

_____

[1]The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.